IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                             Case No. 6:12-cr-10076-JTM-1

DEXTER DEWAYNE BAKER,

    Defendant.

MEMORANDUM AND ORDER

Consistent with the Mandate Order of the Tenth Circuit (Dkt. 64), Defendant's Motion to Reconsider (Dkt. 52) is hereby dismissed as a second or successive § 2255 motion.

IT IS SO ORDERED this 11th day of June, 2018.

                                                        s/ J. Thomas Marten
                                                        J. THOMAS MARTEN, JUDGE